In the Matter of the Judicial Settlement of the Second Intermediate Account of DAVID W. HARKNESS and Others, as Executors, etc., of JULIA LORILLARD BUTTERFIELD, Deceased. In the Matter of the Judicial Settle-

ment of the Second Intermediate Account of ALBERT FRANCIS HAGAR, as One of the Executors, etc., of JULIA LORILLARD BUTTERFIELD, Deceased.— Order of the Surrogate's Court of Putnam county of April 26, 1919, reversed, without costs, and appellants directed to perfect the appeal and notice the case for the third Monday of December, 1919, and be ready for argument on that day. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.